# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON TERRAZA, | ) | No. CV 09-447-GHK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL G. ADAMS | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:    3/11/13

_____
GEORGE H. KING
Chief United States District Judge